UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESTER F. KRUPP, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:07-CV-913-TCM |
| SUSAN SINGER, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's "Motion for Relief from Judgment" [Doc. #10], requesting relief under Federal Rule of Civil Procedure 60(b) from this Court's August 29, 2007 dismissal of the instant action, without prejudice, is **DENIED**.

Dated this 4th day of January, 2008.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**